UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21419-CIV-ALTONAGA/Reid

**HUBER OTONIEL ARGUETA-PEREZ**,

    Plaintiff,
v.

**FIELD OFFICE DIRECTOR**, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

By **May 30, 2025**, or within ten (10) days of Defendant(s) appearing in this matter, ***whichever is earlier***,[2] the parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1; as well as certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida, this 9th day of April, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The parties must not include Chief Judge Altonaga and U.S. Magistrate Judge Reid as interested parties unless they have an interest in the litigation.

[2] The Court understands Defendants' response to the Complaint is not due until May 30, 2025.