UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21419-CIV-ALTONAGA/Reid

**HUBER OTONIEL ARGUETA-PEREZ**,

    Plaintiff,

v.

**FIELD OFFICE DIRECTOR**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Defendants appear to have been served. (*See* Returns of Service [ECF No. 7]). To better manage the orderly progress of the case, it is

**ORDERED** that Defendants shall submit a single combined response or separate answers within the time permitted by the rules.

**DONE AND ORDERED** in Miami, Florida, this 9th day of April, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record