UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21419-CIV-ALTONAGA/Reid

**HUBER OTONIEL ARGUETA-PEREZ**,

    Plaintiff,

v.

**FIELD OFFICE DIRECTOR**, *et al.*,

    Defendants.

_____/

## **ORDER**

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal [ECF No. 20] under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having carefully considered the Joint Stipulation of Dismissal, and finding good cause has been shown, it is ordered that:

1. The Federal Defendants will parole Plaintiff into the United States pursuant to 8 U.S.C. § 1182(d)(5) on or before July 4, 2025, acting through agents of U.S. Customs and Border Protection (CBP) and U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations (ERO).

2. With respect to parole and entry into the United States, Plaintiff will follow all the customary rules regarding international travel to include passport control and Customs inspection.

3. Plaintiff will bear all costs associated with his return to the United States.

4. The duration of Plaintiff's parole will be limited to one year.

5. The Federal Defendants' option to require Alternatives to Detention (ATD) as a condition of parole is retained.

6. Plaintiff will not be detained by the Federal Defendants.

CASE NO. 25-21419-CIV-ALTONAGA

7. By virtue of his parole into the United States, Plaintiff will not be subject to expedited removal under 8 U.S.C. section 1225(b)(1).

8. With respect to the removal proceedings under Title 8 of the United States Code pending against Plaintiff, the Federal Defendants shall move to change the venue of the removal proceedings to the non-detained calendar within five business days of Plaintiff's parole into the United States.

9. To the extent Plaintiff is ever detained by the Federal Defendants in the future, the Federal Defendants are permanently enjoined from subjecting Plaintiff to mandatory detention on account of, in any way, his parole into the United States pursuant to this Order.

10. Plaintiff waives all claims associated with his removal — except to the extent they are made within the context of a removal proceeding under Title 8 of the United States Code — including class claims and claims under the Federal Tort Claims Act.

11. Neither the Federal Defendants nor Plaintiff waives any other argument, claim, issue, or defense unrelated to this litigation.

12. Plaintiff shall bear his own attorney's fees and costs.

13. The Court retains jurisdiction to enforce this Order.

14. This action is **DISMISSED WITH PREJUDICE**, and all pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 27th day of May, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record